**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Days Inns Worldwide, Inc.,                                  Civ. No. 10-609 (MJD/JJK)

                Plaintiff,

                                     **ORDER**

v.

Investment Properties of Brooklyn Center,
LLC, and Peter C. Vang,

                Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated August 26, 2011.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

        **IT IS HEREBY ORDERED** that:

        1.        Plaintiff's Motion Default Judgment as to Defendant Investment Properties Brooklyn Center, LLC  (Doc. No. 66), is **GRANTED IN PART** and **DENIED IN PART**; and

        2.        Judgment is entered against Defendant Investment Properties Inc. for a total amount of $71,354.37, including $33,622.21 in past due fees, $25,732.16 in interest, and $12,000 in attorney's fees and costs.

Date: September 29, 2011                    s/Michael J. Davis
                                           Michael J. Davis
                                           Chief Judge
                                           United States District Court